FILED
U.S. DISTRICT COURT

2007 MAY -3  P 3: 56

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

Craig M. Bainum, 5913
Attorney for Plaintiff
PO Box 920
Sandy, Utah 84091
(801) 565-9136
Fax: (801) 748-2092
e-mail: craig@attorneyaccess.us

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Anna M. Griffin,<br><br>Plaintiff.<br><br>v.<br><br>Stephen Duncan,<br><br>Defendant. | COMPLAINT<br>(Jury Demanded)<br><br>Judge Tena Campbell<br>DECK TYPE: Civil<br>DATE STAMP: 05/03/2007 @ 15:53:37<br>CASE NUMBER: 2:07CV00295 TC |

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff, Anna Griffin, by and through the undersigned attorney, and sues the Defendant, Stephen Duncan, and states:

1.    This is an action for damages in excess of $75,000.00 exclusive of costs, interest and attorneys fees.

2.    This Court has diversity jurisdiction pursuant to 28 U.S.C. 1332.

3.    Venue is proper in this Court, pursuant to 28 U.S.C. §1391 and the Local Rules of the United States District Court for the District of Utah.

4.    Plaintiff, Anna Griffin, is a resident of the State of Maryland.

5.    Defendant, Stephen Duncan, is a resident of the State of Utah, and more

particularly, lives in Orem, Utah, located in Utah County.

## COUNT I- NEGLIGENCE OF DEFENDANT, STEPHEN DUNCAN

6.     Plaintiff re-alleges each and every allegation contained in paragraphs one through five above.

7.     On or about June 19, 2003, the Plaintiff, Anna Griffin, was lawfully and safely riding a bicycle, along a bicycle path on Castaway Cay, Bahamas when through no fault of her own, she was run down by, Defendant, Stephen Duncan on a bicycle, causing her serious and permanent injuries.

8.     At said time and place, the Defendant, Stephen Duncan had a duty to operate his bicycle in a safe manner and not cause bodily injury to third parties.

9.     At said time and place, Defendant Stephen Duncan had exclusive custody and control of the bicycle.

10.    At said place and time, the Defendant, Stephen Duncan, breached this duty by negligently operation and/or maintaining his bicycle.

11.    Due to the Defendant, Stephen Duncan's fault and negligent operation of his bicycle, Plaintiff, Anna Griffin, sustained serious injuries.

12.    As a result of the negligence of Defendant, Stephen Duncan, the Plaintiff, Anna Griffin, was injured about her body and extremities, suffered physical pain, mental anguish, loss of enjoyment of life, disability, disfigurement, aggravation of any previously existing conditions therefrom, incurred medical expenses in the care and treatment of her injuries, suffered physical handicap, lost wages and her working ability has been impaired.  The injuries are permanent or continuing in nature, and Plaintiff, Anna Griffin, will suffer the losses and impairments in the future.

WHEREFORE, Plaintiff, Anna Griffin, demands judgment against the Defendant,

Stephen Duncan for an amount in excess of $75,000.00, costs, interest, attorney's fees and whatever further relief the Court deems appropriate and just. In addition, Plaintiff, Anna Griffin, demands a trial by jury.

## DEMAND FOR JURY TRIAL

Plaintiff, Anna Griffin, demands a trial by jury on all issues so triable.

Dated May 3, 2007.

Craig M. Bainum

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Anna M. Griffin | Stephen Duncan |

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____ Utah County
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Craig M. Bainum, #5913; PO Box 920
Sandy, Utah 84092; (801-565-9136)

Attorneys (If Known)

*[stamp: FILED U.S. DISTRICT COURT 2007 MAY 3 PM 3:56 DISTRICT OF UTAH BY: _____ DEPUTY CLERK]*

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Diversity pursuant to 28 U.S.C 1332

Brief description of cause:
Defendant negligently injured the defendant while they were both riding bicycles.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE 5-3-07

SIGNATURE OF ATTORNEY OF RECORD *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____

Judge Tena Campbell
DECK TYPE: Civil
DATE STAMP: 05/03/2007 @ 15:53:37
CASE NUMBER: 2:07CV00295 TC